**Entered on Docket
June 15, 2010**

*Bruce A. Markell*

**Hon. Bruce A. Markell
United States Bankruptcy Judge**

PITE DUNCAN, LLP
ACE VAN PATTEN (NV Bar #11731)
EDDIE R. JIMENEZ (NV Bar #10376)
701 Bridger Avenue, Suite 670
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for  Secured Creditor WELLS FARGO BANK, N.A., FORMERLY KNOWN AS
                    WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD
                    SAVINGS BANK, FSB

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>LORENA GOMEZ ,<br><br>        Debtor(s). | Bankruptcy Case No. BK-S-10-16174-bam<br>Chapter 7<br><br>WELLS FARGO BANK, N.A.,<br>FORMERLY KNOWN AS WACHOVIA<br>MORTGAGE, FSB, FORMERLY KNOWN<br>AS WORLD SAVINGS BANK, FSB'S<br>ORDER VACATING AUTOMATIC STAY<br>Date:   June 1, 2010<br>Time:  1:30 p.m. |

A hearing on Secured Creditor Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Bruce A. Markell, Ace Van Patten appearing on behalf of Secured Creditor.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by Secured Creditor, of all its rights in the subject property, generally described as 10117 Somerdale Ct, Las Vegas, Nevada 89148, and legally described as follows:

SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF.

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____          _____
TERRY V. LEAVITT                      BRIAN D. SHAPIRO
DEBTOR(S) ATTORNEY             TRUSTEE

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

Appendix A

PARCEL ONE:
LOT 22 OF SEDONA I AT SOUTHWEST RANCH PHASE 3 - UNIT 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 104 OF PLATS, PAGE 87, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL TWO:
A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS, USE AND ENJOYMENT OF, OVER AND UPON THOSE PRIVATE STREETS AND COMMON LOTS AS SET FORTH ON THE MAP REFERENCED TO ABOVE, AND AS FURTHER SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR STETSON RANCH RECORDED JULY 26, 2002 IN BOOK 20020726 AS DOCUMENT NO. 00372 OF OFFICIAL RECORDS, AND AS THE SAME MAY BE AMENDED FROM TIME TO TIME.

COMMONLY KNOWN AS: 10117 SUMERDALE CT, LAS VEGAS, NV 89148
PARCEL: 163-31-312-014

1   <u>ALTERNATIVE METHOD re: RULE 9021</u>:

2   In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3   ☐     The court has waived the requirement of approval under LR 9021.

4   ☐     I certify that I have served a copy of this order with the motion, and no parties appeared

5   or filed written objections.

6   ☒     This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have

7   delivered a copy of this proposed order to all counsel who appeared at the hearing, any

8   unrepresented parties who appeared at the hearing, and each has approved or disapproved the

9   order, or failed to respond, as indicated below [list each party and whether the party has

10   approved, disapproved, or failed to respond to the document]:

11   ☐     This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to

12   all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing,

13   and each has approved or disapproved the order, or failed to respond, as indicated below [list

14   each party and whether the party has approved, disapproved, or failed to respond to the

15   document]:

16   ☐     Approved.

17   ☐     Disapproved.

18   ☒     Failed to respond. – Debtor's Attorney/Trustee

19                                                 ###

20   Submitted by:

21   <u>/s/ Ace Van Patten</u>
    4375 Jutland Drive, Suite 200

22   P.O. Box 17933
    San Diego, CA 92177-0933

23   (858) 750-7600
    NV Bar 11731

24   Attorney for WELLS FARGO
    BANK, N.A., FORMERLY

25   KNOWN AS WACHOVIA
    MORTGAGE, FSB,

26   FORMERLY KNOWN AS
    WORLD SAVINGS BANK,

27   FSB

28